| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ERIC WATKINS, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:11-CV-399
§
LIEUTENANT CARTER, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Eric Waktins, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed for failing to state a claim upon which relief may be granted

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 28th day of August, 2019.

                                                            MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE